No. 04–1588. TURNER v. WYNDER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–1589. LOSIER v. KALATSCHINOW. Super. Ct. Pa. Certiorari denied.

No. 04–1590. MAXIM PHARMACEUTICALS, INC., ET AL. v. CROSSPOINT VENTURE PARTNERS 1997, L. P., ET AL. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 04–1591. PRIMEGUARD INSURANCE CO., INC., ET AL. v. GARAMENDI, INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1592. THABAULT v. GONZALES, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 04–1593. MOORE v. CITY OF ASHEVILLE, NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–1594. DEWALT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–1595. SELLENS v. AMERICAN STATES INSURANCE CO. ET AL. Ct. App. Kan. Certiorari denied.

No. 04–1596. SAXONIS v. CITY OF LYNN, MASSACHUSETTS, ET AL. App. Ct. Mass. Certiorari denied.

No. 04–1598. ABUNDANT LIFE CHURCH, INC. v. TUBIOLO ET UX. Ct. App. N. C. Certiorari denied.

No. 04–1599. APARICIO v. POTTER, POSTMASTER GENERAL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1600. JACO v. MISSOURI. Sup. Ct. Mo. Certiorari denied.